**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-2534

———————————

JANET L. THOMPSON,

Plaintiff - Appellant,

versus

WEST VIRGINIA SUPREME COURT OF APPEALS; CAROL
FOUTY; KANAWHA COUNTY, Magistrate Court;
ROBERT H. SLACK; JAMES M. ALBERT; ARTHUR G.
ANGUST; BARBARA ALLEN; JIMMY THAXTON; WILLIAM
E. MURRAY; CHRIS WORKMAN; JANICE ISAACS;
BRENDA RICHARDS; JUDY BLAKER,

Defendants - Appellees,

and

ADMINISTRATIVE OFFICE OF THE SUPREME COURT OF
APPEALS OF WEST VIRGINIA,

Defendant.

———————————

Appeal from the United States District Court for the Southern
District of West Virginia, at Charleston. John T. Copenhaver, Jr.,
District Judge. (CA-02-353-2)

———————————

Submitted: February 24, 2005         Decided:  March 4, 2005

———————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Janet L. Thompson, Appellant Pro Se.  John M. Hedges, Teresa Jean Lyons, BYRNE & HEDGES, Morgantown, West Virginia, for Appellees.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Janet L. Thompson appeals the district court's order adopting the magistrate judge's recommendation and dismissing her Title VII claim and granting immunity with respect to her 42 U.S.C. §§ 1981, 1983 (2000) claims. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Thompson v. West Virginia Supreme Court of Appeals, No. CA-02-353-2 (S.D.W. Va. Dec. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED